IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>        Plaintiff,<br><br>    v.<br><br>BRECEK & YOUNG ADVISORS AND BRECEK & YOUNG ADVISORS PARENT CORP., et al.,<br><br>        Defendant. | Civl Action No. 1:11-cv-00475 GMS |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance on behalf of Defendants, Brecek & Young Advisors and Brecek & Young Advisors Parent Corp.

                                  **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

                                  BY:   **/s/ Armand J. Della Porta, Jr., Esq.**
                                              ARMAND J. DELLA PORTA, JR., ESQ.
                                              DE ID: 2861
                                              1220 North Market Street, 5th Floor
                                              P.O. Box 8888
                                              **Wilmington, DE  19899**
                                              **(302) 552-4323**
                                              **Attorneys for Defendants,  Brecek & Young Advisors and Brecek & Young Advisors Parent Corp.**

DATED:  June 28, 2011

## CERTIFICATE OF SERVICE

I hereby certify that I have served upon all persons listed on the service list, a true and correct copy of the NOTICE OF APPEARANCE, in the above-captioned matter this date via CM/ECF electronic filing.

        **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

        BY:   /s/ Armand J. Della Porta, Jr., Esq.
        **ARMAND J. DELLA PORTA, JR., ESQ.**
        DE ID No. 2861
        1220 North Market Street, 5th Floor
        P.O. Box 8888
        Wilmington, DE 19899
        (302) 552-4323
        **Attorney for Defendants, Brecek & Young Advisors and Brecek & Young Advisors Parent Corp.**

DATED: June 28, 2011
15/1183195.v1