IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>                  Plaintiff,<br><br>   v.<br><br>BRECEK & YOUNG ADVISORS, et al.<br><br>               Defendants. | Civl Action No. 1:11-cv-00475 GMS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

      Kindly withdraw my appearance on behalf of Defendants, Brecek & Young Advisors

Parent Corp.

                    **MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**


                    **BY:**   **/s/ Armand J. Della Porta, Jr., Esq.**
                            **ARMAND J. DELLA PORTA, JR., ESQ.**
                            **DE ID: 2861**
                            **1220 North Market Street, 5th Floor**
                            **P.O. Box 8888**
                            **Wilmington, DE  19899**
                            **(302) 552-4323**
                            **Attorneys for Defendants,  Brecek & Young
Advisors**

DATED:  June 29, 2011

## CERTIFICATE OF SERVICE

I hereby certify that I have served upon all persons listed on the service list, a true and correct copy of the NOTICE OF WITHDRAWAL OF APPEARANCE, in the above-captioned matter this date via CM/ECF electronic filing.

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

**BY:   /s/ Armand J. Della Porta, Jr., Esq.**
      **ARMAND J. DELLA PORTA, JR., ESQ.**
      **DE ID No. 2861**
      **1220 North Market Street, 5th Floor**
      **P.O. Box 8888**
      **Wilmington, DE  19899**
      **(302) 552-4323**
      **Attorney for Defendants, Brecek & Young Advisors**

DATED: June 29, 2011