IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>    Plaintiff,<br><br>v.<br><br>BRECEK & YOUNG ADVISORS,<br><br>    Defendants. | Civl Action No. 1:11-cv-00475 GMS |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Denis C. Dice to represent Brecek & Young Advisors.

Signed: _____
Armand J. Della Porta, Esquire (# 2861)
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market Street, Suite 500
Wilmington, DE 19801
(302) 552-4323

Date: 6-29-11    Attorney for Brecek & Young Advisors

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____    _____
            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☑ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: 6/29/11

Signed: *(signature)*
Denis C. Dice, Esquire
PA Attorney I.D. No. *59276*
Marshall, Dennehey, Warner,
Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103

## CERTIFICATE OF SERVICE

I hereby certify that I have served upon all persons listed on the service list, a true and correct copy of the MOTION AND ORDER FOR ADMISSION PRO HAC VICE of Denis C. Dice, in the above-captioned matter this date via CM/ECF electronic filing.

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

BY: /s/
ARMAND J. DELLA PORTA, JR., ESQ.
DE ID No. 2861
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4323
Attorney for Defendants, Brecek & Young Advisors

DATED: 6-29-11

15/1183193.v1