IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES R. ZAZZALI, as Trustee for the
DBSI Private Actions Trust,

                    Plaintiff,                    Civil Action No. 1:11-cv-00475-GMS

vs.

ADVISORY GROUP EQUITY SERVICES,
LTD., et al.,

                    Defendants.
_____/

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF JANINE M. LUCAS

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Janine M. Lucas to represent Sigma Financial Corporation and Sammons Securities Company, L.L.C., in this matter.

Signed:

                    Mark L. Desgrosseilliers (No. 4083)
                    Womble Carlyle Sandridge & Rice, PLLC
                    222 Delaware Avenue, Suite 1501
                    Wilmington, DE 19801
                    Phone: (302) 252-4320
                    Fax: (302) 252-4330
                    email: mdesgrosseilliers@wcsr.com
                    Attorneys for Defendants Sigma
                    Financial Corporation and Sammons
Dated: August 1, 2011          Securities Company, L.L.C.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice of Janine M. Lucas is granted.

Dated: August __, 2011

                    _____
                    Honorable Gregory M. Sleet
                    Chief United States District Judge

## CERTIFICATION OF JANINE M. LUCAS

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Michigan and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Janine M. Lucas (Michigan Bar No. P66352)
Saretsky Hart Michaels & Gould PC
995 South Eton
Birmingham, Michigan  48009
Phone: (248) 502-3300
Fax: (248) 502-3301
email: jlucas@saretsky.com

Dated: July 29, 2011

WCSR 6907340v1