IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, | ) ) ) ) | Civil Action No. 1:11-cv-00475-GMS |
| Plaintiff | ) ) ) | |
| v. | ) ) | |
| BRECEK & YOUNG ADVISORS, et al., | ) ) | |
| Defendants. | ) ) | |

## MOTION AND ORDER FOR
## ADMISSION PRO HAC VICE OF CINDY ELLIOTT

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for admission pro hac vice of Cindy Elliott to represent Burch & Company, Fintegra Financial Solutions, Nations Financial Group, Inc., American Independent Securities Group, National Securities Corporation, Partnervest Financial Group, LLC, Partnervest Securities, Inc., Centaurus Financial, Inc., TransAm Securities, Inc., and OMNI Brokerage, Inc., (hereinafter referred to as "Certain Broker Dealers") in this action.

Respectfully submitted this 15th day of August, 2011.

/s/ Francis A. Monaco, Jr.
Francis A. Monaco, Jr. (Del. Bar No. 2078)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
(302) 252-4320 (Phone)
(302) 252-4330 (Fax)
Fmonaco@wcsr.com

*Attorney for Defendants, Burch & Company, Fintegra Financial Solutions, Nations Financial Group, Inc., American Independent Securities Group, National Securities Corporation, Partnervest Financial Group, LLC, Partnervest Securities, Inc., Centaurus Financial, Inc., TransAm Securities, Inc., and OMNI Brokerage, Inc.*

WCSR 4719857v1

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing and in good standing as a member of the Idaho Bar, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund, effective 1/1/2005. I further certify that the annual fee of Twenty Five Dollars ($25) has been paid to the Clerk of the Court for the District Court.

Dated: August 5, 2011

By   /s/ Cindy Elliott
Cindy Elliott (Idaho Bar No. 4022)
Elsaesser Jarzabek Anderson Elliott & Macdonald, Chtd.
P. O. Box 1049
102 South Euclid Ave., Suite 307
Sandpoint, Idaho 83864
Telephone: (208) 263-8517; FAX: (208) 263-0759
Email: cindy@ejame.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice of Ford Elsaesser is granted.

Dated: _____

_____
United States District Judge