IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 11-475-GMS |
| ADVISORY GROUP EQUITY SERVICES, LTD, et al., | )<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Christian T. Kemnitz and Brian J. Poronsky to represent defendants Crews & Associates, Inc. and Sanders Morris Harris Inc. in this matter. Pursuant to this Court's Standing Order effective July 23, 2009, the annual fees for the attorneys listed above have already been submitted for 2011.

{00548734;v1}

2

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

---

Steven J. Balick (I.D. #2114)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants KMS Financial Services, Inc., American Wealth Management, Inc., American Independent Securities Group, LaSalle ST Securities, Regal Securities, Inc., Crews & Associates, Inc. and Sanders Morris Harris Inc.*

Dated: August 24, 2011

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Christian T. Kemnitz
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
(312) 902-5611

Dated: 7/25/2011

{00539390;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Brian J. Poronsky
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
(312) 902-5611

Dated: 7/22/2011

{00539390;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, )<br><br>Plaintiff, )<br><br>v. )<br><br>ADVISORY GROUP EQUITY SERVICES, LTD, et al., )<br><br>Defendants. ) | C.A. No. 11-475-GMS |

## **ORDER**

This _____ day of _____, 2011, the Court having considered the motion for the admission *pro hac vice* of Christian T. Kemnitz and Brian J. Poronsky to represent defendants Crews & Associates, Inc. and Sanders Morris Harris Inc. in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
Chief Judge

{00548734;v1}