**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>             Plaintiff,<br><br>   v.<br><br>ADVISORY GROUP EQUITY SERVICES, LTD., *et al.*<br><br>             Defendants. | Case No. 11-CV-00475 (GMS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of David A. Baugh to represent Defendants Capital Financial Services, Inc., Cambridge Investment Research, Inc. and Ogilvie Security Advisors Corp. in this matter.

Dated: August 29, 2011

                                    */s/ Armand J. Della Porta Jr.*
                                    Armand J. Della Porta Jr. (Del. Bar No. 2861)
                                    Marshall, Dennehey, Warner, Coleman & Goggin
                                    1220 N. Market Street, 5th Floor
                                    Wilmington, DE 19801
                                    (302) 552-4300
                                    ajdellaporta@mdwcg.com

                                    *Attorneys for Capital Financial Services, Inc., Cambridge Investment Research, Inc. and Ogilvie Security Advisors Corp.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                 _____
                                                             United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

/s/ David A. Baugh
David A. Baugh (IL Bar No. 6182391)
Baugh, Dalton, Carlson & Ryan, LLC
55 West Monroe St., Suite 600
Chicago, Illinois 60603
Telephone: (312) 759-1400
Facsimile: (312) 759-0402
E-mail: dbaugh@baughdaltonlaw.com