IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, | ) ) ) |
| Plaintiff, | ) ) |
| 5. | )     C.A. No. 11-475-GMS |
| | ) |
| ADVISORY GROUP EQUITY SERVICES, LTD, et al., | ) ) ) |
| Defendants. | ) |

## CAPITAL ANALYSTS' MOTION TO COMPEL ARBITRATION OR IN THE ALTERNATIVE TO DISMISS

Pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 2-4, defendant Capital Analysts Incorporate respectfully moves this Honorable Court for an order to stay the proceedings in this case and to compel arbitration of any claims by Plaintiff James R. Zazzali, as Trustee for the DBSI Private Actions Trust, that are brought on behalf of Robert Eddy, the Eddy Family Trust dated 6/28/1990, Robert Mark Wilkins, Kathy Wilkins, or the Mark and Kathy Wilkins Revocable Trust. In support thereof, Capital Analysts joins the Memorandum in Support of Motion to Compel Arbitration or In the Alterative to Dismiss filed by certain broker-defendants. In the alternative, Capital Analysts respectfully asks this Court to dismiss the complaint and incorporates the argument in the Opening Brief in Support of Motion to Dismiss the Complaint in Its Entirety filed by certain broker defendants.

Dated:  October 24, 2011

By: /s/Francis A. Monaco, Jr.
Francis A. Monaco, Jr. (No. 2078)
Womble Carlyle Sandridge Rice
222 Delaware Ave., Suite 1501
Wilmington, DE 19801
302.252.4340
302.661.7730  (Fax)
fmonaco@wcsr.com

Ford Elsaesser
Elsaesser Jarzabek Anderson
Elliott & Macdonald, Chtd.
P.O. Box 1049
102 South Euclid Avenue, Suite 307
Sandpoint, ID  83864
208.263.8517
208.263.0759 (Fax)
ford@ejame.com
cindy@ejame.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 24, 2011.

/s/ Francis A. Monaco, Jr. (No. 2078)