UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action no. 1:11-cv-00475-GMS |
| vs. | ) ) | |
| ADVISORY EQUITY SERVICES LTD., et al. | ) ) ) ) | |
| Defendants | ) ) | |

# CERTAIN DEFENDANTS'[1] MOTION TO DISMISS COMPLAINT FOR LACK OF STANDING AND SUBJECT MATTER JURISDICTION PURSUANT TO RULE 12(B)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Dated: October 24, 2011

---

[1]  Due to the large number of Defendants joining in this Motion to Dismiss, it was not feasible to list all of them and their counsel on this cover page as called for by D. Del. L.R. 7.1.3(a)(1). The Moving Defendants direct the Court's attention to the signature blocks at the end of this Motion for a list of all Moving Defendants and their counsel.

1

Now come certain Broker-Dealer Defendants in the above-captioned case (collectively, the "Moving Defendants") and, pursuant to Federal Rule of Civil Procedure 12(b)(1) and D. Del. L.R. 7.1.2, move for entry of an order dismissing all counts of the Complaint. In this proceeding, the Plaintiff is James R. Zazzali, in his capacity as trustee of the DBSI Private Actions Trust (the "PAT"), a trust created pursuant to a confirmed Plan of Reorganization in the Chapter 11 case for DBSI. The DBSI Chapter 11 case was filed in the Bankruptcy Court for the District of Delaware on November 12, 2008. Its plan of reorganization was confirmed by Order of the Bankruptcy Court dated October 26, 2010 (the "Confirmation Order"). Mr. Zazzali brings the claims and causes of action described in the Complaint, under the authority of the Confirmation Order, and against dozens of registered broker-dealers, their unnamed parent companies, and 500 unidentified "John Does" for a variety of causes of action arising out of literally thousands of transactions between the Defendant broker-dealers and their customers.

Importantly, however, all of the claims and causes of action asserted by Mr. Zazzali as trustee of the PAT are claims or causes of action that were originally owned by DBSI investors, and they were acquired by the PAT from these investors after creation of the PAT under the Confirmation Order. This Order established the PAT, created the mechanism by which the PAT could acquire and prosecute claims and causes of action owned by DBSI investors, and vested in Mr. Zazzali, as Trustee, authority to prosecute the same against the Moving Defendants.

While the Bankruptcy Court, in entering the Confirmation Order, was purporting to exercise its statutory authority to establish this scheme, this statutory authority has recently been substantially curtailed by the United States Supreme Court on

constitutional grounds. Specifically, in *Stern v. Marshall,* 131 S.Ct. 2594 (2011), the Supreme Court held that significant portions of the statutory grant of authority to the Bankruptcy Court violated the separation-of-powers principles set forth in the United States Constitution and were thus void as unconstitutional.

As demonstrated in the accompanying Opening Brief, the statutory jurisdiction upon which the Bankruptcy Court entered the Confirmation Order must, under *Stern v. Marshall,* be considered unconstitutional. Therefore, the Confirmation Order, insofar as it vests Mr. Zazzali, as the PAT trustee, with authority to prosecute the claims and causes of action in this case is invalid. Mr. Zazzali therefore has no standing and this Court lacks subject matter jurisdiction over this case.

The Moving Defendants incorporate by reference herein their Opening Brief filed contemporaneously herewith pursuant to D. Del. L.R. 7.1.3(c).

Wherefore, the Moving Defendants respectfully request that the Court enter an Order:

    A.    Dismissing all Counts of the Complaint as to them; and

    B.    Granting such other relief as the Court deems just and appropriate.

Dated: October 24, 2011

Respectfully submitted,

**FERRY, JOSEPH & PEARCE, PA**

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 1000
P.O. Box. 1351
Wilmington, DE 19899-1351
Telephone: 302.575.1555
Facsimile: 302.575.1714
ttacconelli@ferryjoseph.com

-and-

Derek C. Anderson
Cliff G. Anderson
Michaels, Ward & Rabinovitz, LLP
1113 Spruce Street, Ste 302B
Boulder, CO 80302
Telephone: 303.482.1042
dca@michaelsward.com
cga@michaelsward.com

*Attorneys American Portfolios*

**RICHARDS LAYTON & FINGER, PA**

/s/ Robert J. Stern, Jr.
Robert J. Stern, Jr. (No. 2915)
Julie A. Finocchiaro (No. 5303)
920 North King Street
Wilmington, DE 19801
Telephone: 302.651.7700
Facsimile: 302.651.7701
stearn@rlf.com
jfinocciaro@rlf.com

-and-

Terri L. Combs
Jeff J. Hicks
Faegre & Benson LLP
801 Grand Ave, Suite 3100
Des Moines, Iowa 50309
515-447-4107
515-248-9010 fax
tcombs@faegre.com
jjhicks@faegre.com

*Attorneys for Questar Capital Corp.*

| **WOMBLE CARLYLE SANDRIDE RICE** | **MARSHALL DENNEHEY WARNER, COLEMAN & GOGGIN** |
|---|---|
| /s/ Mark L. Desgrosseilliers | /s/ Armand J. Della Porta, Jr. |
| Francis A. Monaco, Jr. (No. 2078) | Armand J. Della Porta, Jr. (No. 2861) |
| Mark L. Desgrosseilliers (No. 4083) | 1220 North Market Street, 5th Fl. |
| 222 Delaware Avenue, Suite 1501 | Wilmington, DE 19801 |
| Wilmington, DE 1801 | Telephone: 302.552.4323 |
| Telephone: 302.252.4340 | Facsimile: 302.651.7905 |
| Facsimile: 302.661.7730 | ajdellaporta@mdwcg.com |
| fmonaco@wcsr.com | |
| mdesgrosseilliers@wcsr.com | -and- |
| | Denis C. Dice |
| -and- | Joel Wertman |
| | Marshall, Dennehey, Warner, Colman & Goggin |
| Ford Elsaesser | 1845 Walnut Street |
| Cindy Elliott | Philadelphia, PA 19103 |
| Elsaesser Jarzabek Anderson Elliott & Macdonald, Chtd. | Telephone: 215.575.2779 |
| PO Box 1049 | Facsimile: 215.575.2600 |
| 102 South Euclid Avenue, Suite 307 | dcdice@mdwcg.com |
| Sandpoint, ID  83864 | jmwertman@mdwcg.com |
| Telephone: 208.263.8517 | |
| Facsimile: 208.263.0759 | *Attorneys for Brecek & Young Advisors* |
| ford@ejame.com | |
| cindy@ejame.com | |

*Attorneys for Advisory Group Equity Service, Ltd., Askar Corporation, Burch & Co., Inc., Capital Analysts Inc., Centaurus Financial Inc., Mid Atlantic Capital Group, Nations Financial Group, Inc., Partnervest Securities, Inc., Partnervest Financial Group, LLC, and RP Capital, LLC*

**WOMBLE CARLYLE SANDRIDE RICE**

/s/ Mark L. Desgrosseilliers
Francis A. Monaco, Jr. (No. 2078)
Mark L. Desgrosseilliers (No. 4083)
222 Delaware Avenue, Suite 1501
Wilmington, DE 1801
Telephone: 302.252.4340
Facsimile: 302.661.7730
fmonaco@wcsr.com
mdesgrosseilliers@wcsr.com

-and-

Matthew T. Boos
Patrick D.J. Mahlberg
Fredrikson & Byron, PA
200 South Sixth Street, Ste 400
Minneapolis, MN 55402-1425
Telephone: 612.492.7000
Facsimile: 612.492.7077
mboos@fredlaw.com
pmahlberg@fredlaw.com

*Attorneys for Capital Management Securities, Inc.*

**FERRY, JOSEPH & PEARCE, PA**

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 1000
P.O. Box. 1351
Wilmington, DE 19899-1351
Telephone: 302.575.1555
Facsimile: 302.575.1714
ttacconelli@ferryjoseph.com

-and-

George J. Marcus
Jennie L. Clegg
David C. Johnson
Marcus, Clegg & Mistretta, P.A.
One Canal Plaza, Suite 600
Portland, ME 04101
Telephone: 207.828.8000
Facsimile: 207.773.3210
gmarcus@mcm-law.com
djohnson@mcm-law.com
jclegg@mcm-law.com

-and-

Robert A. Buhlman
Sarah G. Kim
Corey D. Winer
Bingham McCutchen LLP
One Federal Street
Boston, MA 02127
Telephone: 617.951.8000
Facsimile: 617.951.8736
robert.buhlman@bingham.com
sarah.kim@bingham.com
corey.winer@bingham.com

*Attorneys for Equity Services Inc.*

| **SAUL EWING LLP** | **LAW OFFICE OF FRED BARAKAT** |
|---|---|
| /s/ Lucian B. Murley | /s/ Fred Barakat |
| Lucian B. Murley (No. 4892) | Fred Barakat (No. 3069) |
| 222 Delaware Avenue, Suite 1200 | 901 N. Market St., Suite 460 |
| P.O. Box 1266 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1266 | Telephone: 302.479.7771 |
| Telephone: 302.421.6898 | Facsimile: 484.770.8209 |
| Facsimile: 302.421.5864 | Fredbarakat.attorney@verizon.net |
| lmurley@saul.com | |
| -and- | -and- |
| Martin Jaszczuk | Lee D. Lubin |
| Alan M Wolper | Law Office of Lee David Lubin, Inc |
| Helen Din | 16133 Ventura Boulevard, Suite 1174 |
| Locke Lord Bissell & Liddell LLP | Encino, CA 91436 |
| 111 South Wacker Drive | 818-728-0712 |
| Chicago, IL 60606 | 818-995-7335 (Fax) |
| Telephone: 312.443.0222 | Leelubin@gmail.com |
| Facsimile: 312.896.6222 | |
| mjaszczuk@lockelord.com | *Attorneys for Investment Security Corp.* |
| awolper@lockelord.com | |
| hdin@lockelord.com | |
| | |
| *Attorneys for Calton & Associates, JW Cole Financial, Merrimac Corporate Securities, Inc., and Resource Horizons Group LLC* | |

| | |
|---|---|
| **ASHBY & GEDDES** | **COOLEY MANION JONES LLP** |
| /s/ Steve J. Balick | /s/ Amaryah K. Bocchino |
| Steven J. Balick (No. 2114) | Jason A. Cincilla (No. 4232) |
| 500 Delaware Avenue, 8th Floor | Amaryah K. Bocchino (No. 4879) |
| P.O. Box 1150 | Peter J. Faben (No. 5163) |
| Wilmington, DE 19899-1150 | 1105 North Market St., Suite 200 |
| Telephone: 302.654.1888 | Wilmington, DE 19801 |
| Facsimile: 302.654.2067 | Telephone: 302.657.2100 |
| sbalick@ashby-geddes.com | Facsimile: 302.657.2104 |
| | jcincilla@cmjlaw.com |
| -and- | abocchino@cmjlaw.com |
| | pfaben@cmjlaw.com |
| Christian T. Kemnitz | |
| Brian J. Poronsky | -and- |
| Katten Muchin Rosenman LLP | |
| 525 W. Monroe Street | Jessica Longobardi |
| Chicago, IL 60661-3693 | Fred Knopf |
| Telephone: 312.902.5611 | Wilson Elser Moskowitz Edelman & Dicker LLP |
| Facsimile: 312.577.4499 | 3 Gannett Drive |
| christian.kemnitz@kattenlaw.com | White Plains, NY 10604-3407 |
| brian.poronsky@kattenlaw.com | Telephone: 914.323.7000 |
| | Facsimile: 914.323.7001 |
| *Attorneys for KMS Financial Services, Inc., LaSalle Street Securities, OMNI Brokerage, Inc., Regal Securities, Inc., and Sanders Morris Harris, Inc.* | jessica.longobardi@wilsonelser.com |
| | *Attorneys for National Securities Corp. and NEXT Financial Group* |

**FERRY, JOSEPH & PEARCE, PA**

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 1000
P.O. Box. 1351
Wilmington, DE 19899-1351
Telephone: 302.575.1555
Facsimile: 302.575.1714
ttacconelli@ferryjoseph.com

-and-

Carla B. Minckley
Thomas D. Birge
Brige & Minckley, PC
9055 East Mineral Circle, Suite 110
Centennial, Colorado  80112-3457
Telephone: 303.860.7100
Facsimile: 303.860.7338
cminckley@birgeminckley.com
tbirge@birgeminckley.com

*Attorneys for Intervest International Equities Corp.*

**WOMBLE CARLYLE SANDRIDE RICE**

/s/ Mark L. Desgrosseilliers
Francis A. Monaco, Jr. (No. 2078)
Mark L. Desgrosseilliers (No. 4083)
222 Delaware Avenue, Suite 1501
Wilmington, DE 1801
Telephone: 302.252.4340
Facsimile: 302.661.7730
fmonaco@wcsr.com
mdesgrosseilliers@wcsr.com

-and-

Janine M. Lucas
Gary M. Saretsky
Saretsky Hart Michaels & Gould PC
995 S. Eton
Birmingham, MI 48009
Telephone: 248.502.3300
Facsimile: 248.502.3301
jlucas@saretsky.com
gsaretsky@saretsky.com

*Attorneys for Sammon Securities Company LLC and Sigma Financial Corp.*

**BIFFERATO GENTILOTTI LLC**

/s/ Garvan F. McDaniel
Garvan F. McDaniel (No.  )
900 North King Street, Plaza Level
Wilmington, DE 19801
Telephone: 302.429.1900
Facsimile: 302.429.8600
gmcdaniel @bgdelaw.com

-and-

Gregg Breitbart
Kaufman Dolowich Voluck & Gonzo LLP
2101 NW Corporate Blvd, Ste 218
Boca Raton, FL 33431
Telephone: 561.910.5650
Facsimile: 888-464-7982
gbreitbart@kdvglaw.com

*Attorneys for Dawson James Securities, Inc.*

# EXHIBIT A

## Broker Defendants Joining The Motion

| Defendant's Name |
| --- |
| Advisory Group Equity Service, Inc. |
| Askar Corp. |
| Burch & Co., Inc. |
| Capital Analysts, Inc. |
| Capital Management Securities, Inc. |
| Centarus Financial Inc. |
| Mid Atlantic Capital Group |
| Nations Financial Group, Inc. |
| Partnervest Securities, Inc. |
| Partnervest Financial Group, LLC |
| RP Capital, LLC |
| Sammons Securities Company, LLC |
| Sigma Financial Corp. |
| American Portfolios |
| Equity Services, Inc. |
| Intervest International Equities Corporation |
| Brecek & Young Advisors |
| Calton & Associates |
| JW Cole Financial |
| Merrimac Corporate Securities, Inc. |
| Resource Horizons Group LLC |
| Investment Security Corp. |
| KMS Financial Services, Inc. |
| LaSalle Street Securities |
| Omni Brokerage, Inc. |
| Regal Securities Inc. |
| Sanders Morris Harris, Inc. |
| National Securities Corp. |
| NEXT Financial Group |
| Questar Capital Corp. |
| Dawson James Securities, Inc. |

CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2011, I electronically filed the foregoing Motion to Dismiss Complaint for Lack of Standing and Subject Matter Jurisdiction Pursuant to Rule 12(B)(1) of the Federal Rules of Civil Procedure, which will send notification of such filings to the following:

    Andrew G. T. Moore II, Esq.
    Christopher Viceconte, Esq.
    Gibbons PC
    1000 N. West Street
    Suite 1200
    Wilmington, DE 19801

    Brian J. McMahon, Esq.
    James M. Lee, Esq.
    Fruqan Mouzon, Esq.
    GIBBONS, P.C.
    One Gateway Center
    Newark, NJ 07102

    /s/ Theodore J. Tacconelli
    Theodore J. Tacconelli (No. 2678)
    FERRY, JOSEPH & PEARCE, P.A.
    824 Market Street, Suite 1000
    Wilmington, DE 19899
    (302) 575-1555