IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Action Trust,<br><br>Plaintiff,<br><br>v.<br><br>ADVISORY GROUP EQUITY SERVICES, LTD., et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:11-cv-00475-GMS |

**MOTION TO DISMISS THE COMPLAINT IN ITS ENTIRETY
WITH PREJUDICE FOR FAILURE TO SUFFICIENTLY STATE
CLAIMS FOR RELIEF AGAINST THE BROKER DEALER DEFENDANTS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, select broker-dealer defendants identified in Exhibit A attached hereto respectfully move this Court for an order dismissing the complaint filed in this action (D.I. 1) in its entirety with prejudice.

As grounds for the motion, the moving defendants rely upon the supporting opening brief and the supporting Affidavit of Sarah G. Kim, all filed and served herewith.

For all of the reasons set forth therein, the moving defendants respectfully request that the Court dismiss the Complaint in its entirety with prejudice.

{00567027;v1}

Respectfully submitted,

| **FERRY, JOSEPH & PEARCE, PA** | **RICHARDS LAYTON & FINGER, PA** |

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 1000
P.O. Box. 1351
Wilmington, DE 19899-1351
Telephone: 302.575.1555
Facsimile: 302.575.1714
ttacconelli@ferryjoseph.com

-and-

Derek C. Anderson
Cliff G. Anderson
Michaels, Ward & Rabinovitz, LLP
1113 Spruce Street, Ste 302B
Boulder, CO 80302
Telephone: 303.482.1042
dca@michaelsward.com
cga@michaelsward.com

*Attorneys for American Portfolios Financial Services*

/s/ Robert J. Stearn, Jr.
Robert J. Stearn, Jr. (No. 2915)
Julie A. Finocchiaro (No. 5303)
920 North King Street
Wilmington, DE 19801
Telephone: 302.651.7700
Facsimile: 302.651.7701
stearn@rlf.com
jfinocciaro@rlf.com

-and-

Terri L. Combs
Jeff J. Hicks
Faegre & Benson LLP
801 Grand Ave, Suite 3100
Des Moines, Iowa 50309
Telephone: 515.447.4107
Facsimile: 515.248.9010
tcombs@faegre.com
jjhicks@faegre.com

*Attorneys for Questar Capital Corp.*

| | |
|---|---|
| **WOMBLE CARLYLE SANDRIDGE & RICE LLP** | **MARSHALL DENNEHEY WARNER, COLEMAN & GOGGIN** |
| /s/ Francis A. Monaco, Jr.<br>Francis A. Monaco, Jr. (No. 2078)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 1801<br>Telephone: 302.252.4340<br>Facsimile: 302.661.7730<br>fmonaco@wcsr.com<br><br>-and-<br><br>Ford Elsaesser<br>Cindy Elliott<br>Elsaesser Jarzabek Anderson<br>Elliott & Macdonald, Chtd.<br>PO Box 1049<br>102 South Euclid Avenue, Suite 307<br>Sandpoint, ID 83864<br>Telephone: 208.263.8517<br>Facsimile: 208.263.0759<br>ford@ejame.com<br>cindy@ejame.com<br><br>*Attorneys for Advisory Group Equity Service, Ltd., Askar Corporation, Burch & Co., Inc., Capital Analysts Inc., Centaurus Financial Inc., Fintegra, LLC, Mid Atlantic Capital Group, Nations Financial Group, Inc., Partnervest Securities, Inc., Partnervest Financial Group, LLC, RP Capital, LLC and TransAm Securities, Inc.* | /s/ Armand J. Della Porta, Jr.<br>Armand J. Della Porta, Jr. (No. 2861)<br>1220 North Market Street, 5th Fl.<br>Wilmington, DE 19801<br>Telephone: 302.552.4323<br>Facsimile: 302.651.7905<br>ajdellaporta@mdwcg.com<br><br>-and-<br><br>Denis C. Dice<br>Joel Wertman<br>Marshall, Dennehey, Warner, Colman & Goggin<br>1845 Walnut Street<br>Philadelphia, PA 19103<br>Telephone: 215.575.2779<br>Facsimile: 215.575.2600<br>dcdice@mdwcg.com<br>jmwertman@mdwcg.com<br><br>*Attorneys for Brecek & Young Advisors* |

**WOMBLE CARLYLE SANDRIDGE & RICE LLP**

/s/ Francis A. Monaco, Jr.
Francis A. Monaco, Jr. (No. 2078)
222 Delaware Avenue, Suite 1501
Wilmington, DE 1801
Telephone: 302.252.4340
Facsimile: 302.661.7730
fmonaco@wcsr.com

-and-

Matthew T. Boos
Patrick D.J. Mahlberg
Fredrikson & Byron, PA
200 South Sixth Street, Ste 400
Minneapolis, MN 55402-1425
Telephone: 612.492.7000
Facsimile: 612.492.7077
mboos@fredlaw.com
pmahlberg@fredlaw.com

*Attorneys for Capital Management Securities, Inc.*

**FERRY, JOSEPH & PEARCE, PA**

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 1000
P.O. Box. 1351
Wilmington, DE 19899-1351
Telephone: 302.575.1555
Facsimile: 302.575.1714
ttacconelli@ferryjoseph.com

-and-

George J. Marcus
Jennie L. Clegg
David C. Johnson
Marcus, Clegg & Mistretta, P.A.
One Canal Plaza, Suite 600
Portland, ME 04101
Telephone: 207.828.8000
Facsimile: 207.773.3210
gmarcus@mcm-law.com
djohnson@mcm-law.com
jclegg@mcm-law.com

-and-

Robert A. Buhlman
Sarah G. Kim
Corey D. Winer
Bingham McCutchen LLP
One Federal Street
Boston, MA 02127
Telephone: 617.951.8000
Facsimile: 617.951.8736
robert.buhlman@bingham.com
sarah.kim@bingham.com
corey.winer@bingham.com

*Attorneys for Equity Services Inc.*

| SAUL EWING LLP | LAW OFFICE OF FRED BARAKAT |
|---|---|
| /s/ Michael J. Farnan<br>Lucian B. Murley (No. 4892)<br>Michael J. Farnan (No. 5165)<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899-1266<br>Telephone: 302.421.6898<br>Facsimile: 302.421.5864<br>lmurley@saul.com<br>mfarnan@saul.com<br><br>-and-<br><br>Martin Jaszczuk<br>Alan M Wolper<br>Helen Din<br>Locke Lord LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: 312.443.0222<br>Facsimile: 312.896.6222<br>mjaszczuk@lockelord.com<br>awolper@lockelord.com<br>hdin@lockelord.com<br><br>*Attorneys for Calton & Associates, Inc., J.W. Cole Financial, Inc., Merrimac Corporate Securities, Inc., and Resource Horizons Group LLC* | /s/ Fred Barakat<br>Fred Barakat (No. 3069)<br>901 N. Market St., Suite 460<br>Wilmington, DE 19801<br>Telephone: 302.479.7771<br>Facsimile: 484.770.8209<br>Fredbarakat.attorney@verizon.net<br><br>-and-<br><br>Lee D. Lubin<br>Law Office of Lee David Lubin, Inc<br>16133 Ventura Boulevard, Suite 1174<br>Encino, CA 91436<br>818-728-0712<br>818-995-7335 (Fax)<br>Leelubin@gmail.com<br><br>*Attorneys for Investment Security Corp.* |

| ASHBY & GEDDES | COOLEY MANION JONES LLP |
|---|---|
| /s/ Tiffany Geyer Lydon | /s/ Amaryah K. Bocchino |
| Steven J. Balick (No. 2114) | Jason A. Cincilla (No. 4232) |
| Tiffany Geyer Lydon (No. 3950) | Amaryah K. Bocchino (No. 4879) |
| Lauren E. Maguire (No. 4261) | Peter J. Faben (No. 5163) |
| 500 Delaware Avenue, 8th Floor | 1105 North Market St., Suite 200 |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1150 | Telephone: 302.657.2100 |
| Telephone: 302.654.1888 | Facsimile: 302.657.2104 |
| Facsimile: 302.654.2067 | jcincilla@cmjlaw.com |
| sbalick@ashby-geddes.com | abocchino@cmjlaw.com |
| tlydon@ashby-geddes.com | pfaben@cmjlaw.com |
| lmaguire@ashby-geddes.com | |

-and-                                              -and-

Christian T. Kemnitz                       Jessica Longobardi
Brian J. Poronsky                          Fred Knopf
Katten Muchin Rosenman LLP                 Wilson Elser Moskowitz Edelman & Dicker LLP
525 W. Monroe Street                       3 Gannett Drive
Chicago, IL 60661-3693                     White Plains, NY 10604-3407
Telephone: 312.902.5611                    Telephone: 914.323.7000
Facsimile: 312.577.4499                    Facsimile: 914.323.7001
christian.kemnitz@kattenlaw.com            jessica.longobardi@wilsonelser.com
brian.poronsky@kattenlaw.com

*Attorneys for KMS Financial Services, Inc. and Regal Securities, Inc.*          *Attorneys for National Securities Corp. and NEXT Financial Group*

| | |
|---|---|
| **FERRY, JOSEPH & PEARCE, PA** | **WOMBLE CARLYLE SANDRIDGE & RICE LLP** |
| /s/ Theodore J. Tacconelli | /s/ Mark L. Desgrosseilliers |
| Theodore J. Tacconelli (No. 2678) | Mark L. Desgrosseilliers (No. 4083) |
| 824 Market Street, Suite 1000 | 222 Delaware Avenue, Suite 1501 |
| P.O. Box 1351 | Wilmington, DE 1801 |
| Wilmington, DE 19899-1351 | Telephone: 302.252.4340 |
| Telephone: 302.575.1555 | Facsimile: 302.661.7730 |
| Facsimile: 302.575.1714 | mdesgrosseilliers@wcsr.com |
| ttacconelli@ferryjoseph.com | |

-and- (left) / -and- (right)

Carla B. Minckley
Thomas D. Birge
Brige & Minckley, PC
9055 East Mineral Circle, Suite 110
Centennial, Colorado 80112-3457
Telephone: 303.860.7100
Facsimile: 303.860.7338
cminckley@birgeminckley.com
tbirge@birgeminckley.com

*Attorneys for Intervest International Equities Corp.*

**BIFFERATO GENTILOTTI LLC**

/s/ Garvan F. McDaniel
Garvan F. McDaniel (No. 4167)
900 North King Street, Plaza Level
Wilmington, DE 19801
Telephone: 302.429.1900
Facsimile: 302.429.8600
gmcdaniel@bglawde.com

-and-

Gregg Breitbart
Kaufman Dolowich Voluck & Gonzo LLP
2101 NW Corporate Blvd, Ste 218
Boca Raton, FL 33431
Telephone: 561.910.5650
Facsimile: 888-464-7982
gbreitbart@kdvglaw.com

*Attorneys for Dawson James Securities, Inc.*

Dated: October 24, 2011

Right column:
Janine M. Lucas
Gary M. Saretsky
Saretsky Hart Michaels & Gould PC
995 S. Eton
Birmingham, MI 48009
Telephone: 248.502.3300
Facsimile: 248.502.3301
jlucas@saretsky.com
gsaretsky@saretsky.com

*Attorneys for Sammon Securities Company LLC and Sigma Financial Corp.*

# EXHIBIT A

## Broker Defendants Joining The Motion

| Defendant's Name |
| --- |
| Advisory Group Equity Service, Inc. |
| American Portfolios Financial Services |
| Askar Corp. |
| Brecek & Young Advisors |
| Burch & Co., Inc. |
| Capital Analysts, Inc. |
| Capital Management Securities, Inc. |
| Calton & Associates, Inc. |
| Centarus Financial Inc. |
| Dawson James Securities, Inc. |
| Equity Services, Inc. |
| Fintegra, LLC |
| Intervest International Equities Corp. |
| Investment Security Corp. |
| J.W. Cole Financial, Inc. |
| KMS Financial Services, Inc. |
| Merrimac Corporate Securities, Inc. |
| Mid Atlantic Capital Group |
| National Securities Corp |
| Nations Financial Group, Inc. |
| NEXT Financial Group |
| Partnervest Securities, Inc. |
| Partnervest Financial Group, LLC |
| Questar Capital Corp. |
| Regal Securities Inc. |
| Resource Horizons Group, LLC |
| RP Capital, LLC |
| Sammons Securities Company, LLC |
| Sigma Financial Corp. |
| TransAm Securities, Inc. |