IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 11-475-GMS |
| ADVISORY GROUP EQUITY SERVICES, LTD, et al., | ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE TO DISMISS

Pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 2-4, American Portfolios Financial Services, Inc., Capital Management Securities, Inc., LaSalle Street Securities, Inc., Omni Brokerage, Inc., and Sanders Morris Harris, Inc., (collectively "Moving Defendants") respectfully move this Honorable Court for an order to dismiss the proceedings in this case and to compel arbitration of the claims by Plaintiff James R. Zazzali, as Trustee for the DBSI Private Actions Trust. In support thereof, Moving Defendants submit their Opening Brief in Support of Motion to Compel Arbitration, or In The Alterative To Dismiss. In the alternative, Moving Defendants ask the Court to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for the reasons stated in the Opening Brief in Support of Motion to Dismiss the Complaint In Its Entirety filed by certain broker defendants concurrently with this motion.

| FERRY, JOSEPH & PEARCE, P.A. | WOMBLE CARLYLE SANDRIDGE & RICE |
|---|---|
| /s/ Theodore J. Tacconelli<br>Theodore J. Tacconelli (No. 2678)<br>824 Market Street, Suite 1000<br>P.O. Box 1351<br>Wilmington, DE 19899<br>302.575.1555<br>(302) 575-1714 (Fax)<br>ttacconelli@ferryjoseph.com | /s/ Francis A. Monaco, Jr.<br>Francis A. Monaco, Jr. (No. 2078)<br>Mark L. Desgrosseilliers (No. 4083)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 1801<br>302.252.4340<br>fmonaco@wcsr.com<br>mdesgrosseilliers@wcsr.com |
| -and- | -and- |
| Derek C. Anderson<br>Cliff G. Anderson<br>Michaels, Ward & Rabinovitz, LLP<br>1113 Spruce St., Suite 302B<br>Boulder, CO 80302<br>303.482.1046<br>dca@michaelsward.com<br>cga@michaelsward.com | Matthew T. Boos<br>Patrick D.J. Mahlberg<br>Fredrikson & Byron, PA<br>200 South Sixth Street, Ste 400<br>Minneapolis, MN 55402-1425<br>612.492.7000<br>mboos@fredlaw.com<br>pmahlberg@fredlaw.com |
| *Attorneys for American Portfolios Financial Services, Inc.* | *Attorneys for Capital Management Securities, Inc.* |

ASHBY & GEDDES

/s/ Tiffany Geyer Lydon
Steven J. Balick (No. 2114)
Tiffany Geyer Lydon (No. 3950)
Lauren E. Maguire (No. 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

-and-

Christian T. Kemnitz
Brian J. Poronsky
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
312.902.5611
brian.poronsky@kattenlaw.com

*Attorneys for LaSalle Street Securities, OMNI Brokerage, Inc., Sanders Morris Harris, Inc.*

Dated: October 24, 2011