IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, <br><br> Plaintiff, <br><br> v. <br><br> ADVISORY GROUP EQUITY SERVICES, LTD, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 11-475-GMS |

## MOTION TO COMPEL ARBITRATION

NOW COMES, Calton & Associates, Inc., Merrimac Corporate Securities, Inc., J.W. Cole Financial, Inc., and Resource Horizons Group, LLC (collectively "Moving Defendants") by and through their undersigned counsel, respectfully move this Honorable Court for an order to stay the proceedings in this case and to compel arbitration of the claims by Plaintiff James R. Zazzali, as Trustee for the DBSI Private Actions Trust. Moving Defendants first ask this Court to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) for the reasons stated in the Opening Brief in Support of Motion to Dismiss the Complaint for Lack of Standing and Subject Matter Jurisdiction and the Opening Brief in Support of Motion to Dismiss the Complaint In Its Entirety filed by certain broker defendants. In the alternative, Moving Defendants respectfully ask this Court to stay the proceedings in this case and to compel arbitration of any of Plaintiff's claims that may survive the motions to dismiss, pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 2-4. In support thereof, Moving Defendants submit their Memorandum in Support of Motion to Compel Arbitration.

WHEREFORE, Moving Defendants pray for an Order staying all proceedings in this case against it and compelling Plaintiff Trustee, as assignee of certain investors' claims, to arbitrate any claims set forth in the Complaint that survive the concurrently-filed motions to dismiss by way of FINRA arbitration, and granting Moving Defendants such further relief as is just and proper.

SAUL EWING LLP

By: /s/ Michael J. Farnan
Lucian B. Murley (No. 4892)
Michael J. Farnan (No. 5165)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6898 / 6895
(302) 421-6813 (Fax)
Email:   lmurley@saul.com
         mfarnan@saul.com

-and-

Martin W. Jaszczuk (Illinois Bar No. 6277720)
Alan M. Wolper (Illinois Bar No. 6305212)
Helen Din (Illinois Bar No. 6296239)
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0610 / 0401 / 0222
Facsimile: (312) 896-6610/ 6401/ 6222 (Fax)
E-mail:   mjaszczuk@lockelord.com
          awolper@lockelord.com
          hdin@lockelord.com

*Counsel for Defendants Calton & Associates, Inc., Merrimac Corporate Securities, Inc., J.W. Cole Financial, Inc., and Resource Horizons Group, LLC*

DATED: October 24, 2011