IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust<br><br>Plaintiff,<br><br>vs.<br><br>ADVISORY EQUITY SERVICES LTD., et al.<br><br>Defendants. | )<br>)<br>)<br>) Civil Action No. 1:11-cv-00475-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND JOINDER OF INLET SECURITIES TO MOTIONS TO DISMISS

Defendant Inlet Securities LLC ("Inlet"), by and through its undersigned counsel, moves to dismiss the above-captioned civil action (the "Civil Action") in its entirely because this court lacks subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and the plaintiff is without standing to bring the claims asserted against Inlet. Alternatively, Inlet asserts that the Civil Action should be dismissed for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

In support thereof, Inlet respectfully joins in the following well-reasoned responsive pleadings (the "Responsive Pleadings") by and through which other similarly situated defendants have asserted that the Civil Action should be dismissed:

- Joint Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter Pursuant to Rule 12(B)(1) of the Federal Rules of Civil Procedure and for Lack of Standing [Docket No. 153];
- Opening Brief in Support of the Joint Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter Pursuant to Rule 12(B)(1) of the Federal Rules of Civil Procedure and for Lack of Standing [Docket No 154];
- Motion to Dismiss for Failure to State a Claim Against the Broker Dealer Defendants [Docket No 157]; and
- Opening Brief in Support of Motion to Dismiss for Failure to State a Claim Against the Broker Dealer Defendants [Docket No 158].

3932657/1

Inlet adopts and incorporates by reference the arguments set forth in each of the Responsive Pleadings as if fully set forth herein.

Inlet expressly reserves and preserves its right to supplement this joinder, including but not limited to presenting any additional arguments in connection with each of the Responsive Pleadings. Further, nothing herein may be construed to waive or otherwise impair any rights that Inlet may have.

Date: October 27, 2011

MORRIS JAMES, LLP

/s/ Jeffrey Waxman
Jeffrey Waxman (No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800

-and-

Mark F. Raymond, P.A.
BROAD AND CASSEL
2 South Biscayne Boulevard, Suite 2100
Miami, Florida 33131
Telephone: 305.373.9425
Facsimile: 305.373.9443

Counsel for Defendant Inlet Securities LLC

3932657/1