IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>ADVISORY GROUP EQUITY SERVICES, LTD., et al.,<br><br>Defendants. | Civil Action No. 11-475 GMS |

STIPULATION AND PROPOSED ORDER
FURTHER EXTENDING STIPULATING DEFENDANTS' TIME TO RESPOND TO
COMPLAINT AND SETTING SCHEDULE FOR MOTION BRIEFING AND
FILING OF AMENDED COMPLAINT IN RESPONSE TO MOTIONS

WHEREAS, the defendants listed in Exhibit A, attached hereto ("Stipulating Defendants"), have requested a further extension of time to respond to the Complaint in this action until October 24, 2011, and have agreed to a proposed schedule for motion briefing and amending the Complaint and other terms, as outlined herein;

WHEREAS, Plaintiff James R. Zazzali, as Trustee for the DBSI Private Actions Trust ("Plaintiff" or "Trustee") and the Stipulating Defendants, in the interests of efficiency and judicial economy, desire the setting of a uniform and coordinated schedule for the Stipulating Defendants to respond to the Complaint and for the Trustee to respond to all motions filed by the Stipulating Defendants in response to the Complaint, including the Trustee's right to amend the Complaint as a matter of course, pursuant to *Fed. R. Civ. P.* 15(a)(1)(B);

WHEREAS, the Trustee, on September 8, 2011, requested a Conference during the weeks of September 26, 2011 or October 3, 2011 with The Honorable Gregory M. Sleet, U.S.D.J., and all defense counsel to set a uniform and coordinated schedule, as referenced above,

1

to apply to all served defendants, and whereas, to date, that request for a Conference remains pending;

NOW THEREFORE, it is hereby STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. The time within which the Stipulating Defendants may answer, move or otherwise respond to the Complaint is extended to and including October 24, 2011;

2. The time within which the Trustee may respond to any motions filed in lieu of answers to the Complaint ("Oppositions"), and the time within which the Trustee may amend the Complaint as a matter of course, pursuant to *Fed. R. Civ. P.* 15(a)(1)(B), in response to any such motions, is extended to and including December 23, 2011;

3. The time within which the Stipulating Defendants may reply to any Oppositions of the Trustee is extended to and including January 23, 2012;

4. Plaintiff and the Stipulating Defendants agree that, by entering into this stipulation, the Stipulating Defendants do not waive any defenses to this action, including defenses based upon lack of personal jurisdiction; provided, however, that the Stipulating Defendants waive any objection to the form or manner of service of the Summons and Complaint in the above-captioned matter under Federal Rule of Civil Procedure 4, and, accordingly, waive, with prejudice, all defenses under Federal Rules of Civil Procedure 12(b)(4) and 12(b)(5);

5. Plaintiff and the Stipulating Defendants agree that the agreements made herein are not intended to bind, and do not bind, the corporate parents or other affiliates of the Stipulating Defendants (including but not limited to the "Parent Corp." entities listed as Defendants in the

Complaint) that have not expressly agreed to or entered into this Stipulation in their own right; and

6. Plaintiff and the Stipulating Defendants agree that, in accordance with and without limiting the provisions of Federal Rule of Civil Procedure 15, to the extent a Stipulating Defendant contends at any time that the Complaint does not identify or state the correct legal name or legal nature of the Stipulating Defendant, the Complaint may be amended to identify and state the correct legal name or legal nature of the Stipulating Defendant and that amendment will relate back to the date of the original Complaint, and the Stipulating Defendant's counsel will agree to accept service of the amended Complaint.

Dated: September 22, 2011

| **GIBBONS, P.C.** | **KAUFMAN DOLOWICH VOLUCK & GONZO LLP** |
|---|---|
| By: /s/ Christopher Viceconte<br>Christopher Viceconte (No. 5568)<br>1000 North West Street, Suite 1200<br>Wilmington, DE 19801-1058<br>Telephone: (302) 295-4875<br>Facsimile: (302) 295-4876<br>cviceconte@gibbonslaw.com | By: /s/ Gregg Breitbart<br>Gregg Breitbart<br>2101 NW Corporate Boulevard, Suite 218<br>Boca Raton, FL 33431<br>Telephone: (561) 910-5650<br>Facsimile: (888) 464-7982<br>gbreitbart@kdvglaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Certain Defendants Listed on Exhibit A* |

**WOMBLE CARLYLE SANDRIDGE RICE**

By: /s/ Mark L. Desgrosseilliers
Frank A. Monaco (No. 2078)
Mark L. Desgrosseilliers (No. 4083)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4340
Facsimile: (302) 661-7730
fmonaco@wcsr.com
mdesgrosseilliers@wcsr.com

*Attorneys for Certain Defendants
Listed on Exhibit A*

**FERRY, JOSEPH & PEARCE, P.A.**

By: /s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899-1351
Telephone: (302) 575-1555
Facsimile: (302) 575-1714
ttacconelli@ferryjoseph.com

*Attorneys for Certain Defendants
Listed on Exhibit A*

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By: /s/ Armand J. Della Porta, Jr.
Armand J. Della Porta, Jr. (No. 2861)
1220 North Market Street, 5th Floor
Wilmington, DE 19801
Telephone: (302) 552-4323
Facsimile: (302) 651-7905
ajdellaporta@mdwcg.com

*Attorneys for Certain Defendants
Listed on Exhibit A*

**SAUL EWING LLP**

By: /s/ Lucian B. Murley
Lucian B. Murley (No. 4892)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone: (302) 421-6898
Facsimile: (302) 421-5864
lmurley@saul.com

*Attorneys for Certain Defendants
Listed on Exhibit A*

**LAW OFFICE OF LEE DAVID LUBIN, INC.**

By: /s/ Lee David Lubin
Lee David Lubin
16133 Ventura Boulevard, Suite 1175
Encino, CA 91436
Telephone: (818) 728-0712
Facsimile: (818) 995-7335
Leelubin@gmail.com

*Attorneys for Certain Defendants
Listed on Exhibit A*

**ASHBY & GEDDES**

By: /s/ Steven J. Balick
Steven J. Balick (No. 2114)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com

*Attorneys for Certain Defendants
Listed on Exhibit A*

4

**COOLEY MANION JONES LLP**

By: /s/ Amaryah K. Bocchino
   Jason A. Cincilla (No. 4232)
   Amaryah K. Bocchino (No. 4879)
   Peter J. Faben (No. 5163)
   Janine L. Hochberg (No. 5188)
   1105 North Market Street, Suite 200
   Telephone: (302) 657-2100
   Facsimile: (302) 657-2104
   jcincilla@cmjlaw.com
   abocchino@cmjlaw.com
   pfaben@cmjlaw.com
   jhochberg@cmjlaw.com

*Attorneys for Certain Defendants
Listed on Exhibit A*

**RICHARDS LAYTON & FINGER, PA**

By: /s/ Robert J. Stern, Jr.
   Robert J. Stearn, Jr. (No. 2915)
   Julie A. Finocchiaro (No. 5303)
   920 North King Street
   Wilmington, DE 19801
   Telephone: (302) 651-7700
   Facsimile: (302) 651-7701
   stearn@rlf.com
   jfinocciaro@rlf.com

*Attorneys for Certain Defendants
Listed on Exhibit A*

**MORRIS JAMES LLP**

By: /s/ Jeffrey R. Waxman
   Jeffrey R. Waxman (No. 4159)
   500 Delaware Avenue, Suite 1500
   Wilmington, DE 19801
   Telephone: (302)888-5842
   Facsimile: (302) 571-1750
   jwaxman@morrisjames.com

OF COUNSEL:

Mark F. Raymond, P.A.
BROAD AND CASSEL
2 South Biscayne Boulevard, Suite 2100
Miami, Florida 33131
Telephone: 305.373.9425
Facsimile: 305.373.9443

*Attorneys for Certain Defendants
Listed on Exhibit A*

**BOSE McKINNEY & EVANS LLP**

By: /s/ Jeffrey B. Bailey
   Jeffrey B. Bailey (IN Bar No. 3491-49)
   111 Monument Circle, Suite 2700
   Indianapolis, IN 46204
   Telephone: (317) 684-5159
   Facsimile: (317) 223-0159
   jbbailey@boselaw.com

*Attorneys for Certain Defendants
Listed on Exhibit A*

It is **SO ORDERED**.

Dated: Oct 28, 2011

Gregory M. Sleet
Chief United States District Judge