IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the<br>DBSI Private Actions Trust,<br><br>   Plaintiff,<br><br>v.<br><br>ADVISORY GROUP EQUITY SERVICES,<br>LTD, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 11-475 GMS<br>)<br>)<br>)<br>)<br>) |

## CFD INVESTMENTS, INC.'S MOTION TO COMPEL ARBITRATION

cfd Investments, Inc. ("cfd"), by counsel, respectfully requests that this Court dismiss the claims asserted against cfd by the Plaintiff, James R. Zazzali, as Trustee for the DBSI Private Actions Trust and compel the arbitration of those claims pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 2-4. Each investor who may have assigned its claim to Plaintiff for purposes of this case signed a contract containing a provision mandating arbitration of any dispute between the investor and cfd. Because the Plaintiff is bound by such contract to the same extent as the investor, this case should be dismissed and arbitration compelled. cfd has submitted a Memorandum in Support of Motion to Compel Arbitration that provides further facts and legal authority compelling arbitration.

Dated: October 31, 2011

             /s/ P. Clarkson Collins, Jr.
             P. Clarkson Collins, Jr. (ID. No. 739)
             Jody C. Barillare (ID No. 5107)
             MORRIS JAMES LLP
             500 Delaware Avenue, Suite 1500
             Wilmington, DE 19801
             (302) 888-6800
             pcollins@morrisjames.com
             jbarillare@morrisjames.com
             Attorneys for Defendant,
             CFD Investments, Inc.