UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>    Plaintiff,<br><br>v.<br><br>ADVISORY GROUP EQUITY SERVICES, LTD., *et al.*,<br><br>    Defendants. | CASE NO.: 1:11-CV-00475-GMS |

**DEFENDANT MONEY CONCEPTS CAPITAL CORP.'S**
**ALTERNATIVE MOTION TO COMPEL ARBITRATION**

Defendant Money Concepts Capital Corp. ("Money Concepts"), by undersigned counsel and pursuant to D. Del. L.R. 7.1.2, respectfully moves for entry of an Order compelling arbitration of all counts of the Complaint asserted against Money Concepts and dismissing, or in the alternative, staying this action as to Money Concepts, and in support thereof states as follows:

Plaintiff James R. Zazzali ("Trustee") commenced this proceeding in his capacity as trustee of the DBSI Private Actions Trust (the "PAT"). In his Complaint, the Trustee attempts to assert a variety of federal securities law claims and state common law claims against Money Concepts arising out of alleged DBSI investment-related transactions between Money Concepts and its purported, but unidentified, customers.

Money Concepts has filed a contemporaneous Motion to Dismiss the Complaint for Lack of Standing and Subject Matter Jurisdiction and for Failure to State a Cause of Action ("the Motion to Dismiss"). By its Motion to Dismiss, Money Concepts first asks the Court to dismiss the Trustee's Complaint against Money Concepts in its entirety.

In the alternative and without prejudice to its pending Motion to Dismiss, Money Concepts brings its instant Motion to Compel Arbitration of the Trustee's claims against it. As demonstrated in its supporting Brief, all of Money Concepts' customers – including by necessity any customer who purchased DBSI securities through the firm – have executed a customer account agreement containing an explicit arbitration agreement that requires that all claims against the firm be submitted to binding arbitration before FINRA Dispute Resolution, Inc. Because the Trustee has asserted his putative claims as the assignee of the DBSI investors, the Trustee stands in the shoes of the investors and is bound by the pre-dispute arbitration agreement executed by any DBSI investor who was a customer of Money Concepts.

Money Concepts incorporates by reference herein its Brief in support of its Motion to Compel Arbitration filed contemporaneously pursuant to D. Del. L.R. 7.1.3(c), as well as the supporting Declaration of Maria Monteiro-Childe. In addition, Money Concepts formally joins in and incorporates by reference the legal arguments and citations of authority set forth in the *Opening Brief in Support of Motion to Compel Arbitration* filed October 24, 2011 [DE 161] and *Memorandum in Support of Motion to Compel Arbitration in the Alternative* filed October 24, 2011 [DE 163], in further support of Money Concepts' Alternative Motion to Compel Arbitration.

WHEREFORE, Money Concepts respectfully requests, in the alternative to dismissal of the Complaint against it in the entirety, that the Court enter an Order compelling arbitration of all claims set forth in the Complaint against Money Concepts, dismissing Money Concepts from this action, or alternatively staying this action as to Money Concepts, and granting such further and additional relief as the Court deems just and proper.

Respectfully submitted this 14th day of November, 2011.

/s/ Eric D. Boyle
Eric D. Boyle (#3577)
Franklin & Prokopik
300 Delaware Ave., Ste. 1340
Wilmington, DE 19801
Telephone:  (410) 752-8700
Facsimile: (410) 752-6868
eboyle@fandpnet.com

-and-

AKERMAN SENTERFITT, LLP
Kathy M. Klock, Esquire
Florida Bar No. 348171
Jonathan B. Butler, Esquire
Florida Bar No. 0056197
222 Lakeview Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone:  (561) 671-3672
Facsimile:   (561) 659-6313
kathy.klock@akerman.com
jonathan.butler@akerman.com

*Attorneys for Money Concepts Capital Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all registered CM/ECF participants.

/s/ Eric D. Boyle