IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>ADVISORY GROUP EQUITY SERVICES, LTD., et al.,<br><br>Defendants. | Civil Action No. 11-475 GMS |

**STIPULATION AND PROPOSED ORDER EXTENDING
PLAINTIFF'S TIME TO RESPOND TO MOTIONS AND/OR
AMEND COMPLAINT IN RESPONSE TO MOTIONS**

WHEREAS, Defendant Money Concepts Capital Corp. ("Money Concepts"), on November 14, 2011, filed a motion to dismiss Plaintiff's Complaint for lack of standing and subject matter jurisdiction and for failure to state a cause of action [D.I. 183, 184] and filed an alternative motion to compel arbitration [D.I. 185, 186] ("Motions");

WHEREAS, the Trustee and various defendants previously agreed to a schedule for responding to the Complaint and motion briefing and amending the Complaint as a matter of course pursuant to *Fed. R. Civ. P.* 15(a)(1)(B), along with other terms, which agreement was memorialized in a Stipulation and Proposed Order [D.I. 98], which was "So Ordered" by Chief United States District Judge Gregory M. Sleet on October 28, 2011 [D.I. 171];

WHEREAS, the Trustee, in the interests of efficiency and judicial economy, desires the setting of a coordinated schedule to respond to all motions filed by the defendants, including the Trustee's right to amend the Complaint as a matter of course, pursuant to *Fed. R. Civ. P.* 15(a)(1)(B);

1

WHEREAS, Money Concepts has agreed to the schedule for motion briefing and amending the Complaint as a matter of course, pursuant to *Fed. R. Civ. P.* 15(a)(1)(B), as set forth in the Stipulation and Proposed Order [D.I. 98], which was "So Ordered" by Chief Judge Sleet on October 28, 2011 [D.I. 171];

NOW THEREFORE, it is hereby STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. The Trustee's time to respond to the Motions [D.I. 183, 184, 185, 186] of Money Concepts, including the Trustee's time to amend the Complaint as a matter of course in response to the Motions, pursuant to *Fed. R. Civ. P.* 15(a)(1)(B), is extended to and including December 23, 2011; and

2. The time within which Money Concepts may reply to any response of the Trustee in opposition to the Motions is extended to and including January 23, 2012.

| | |
|---|---|
| GIBBONS, P.C. | FRANKLIN & PROKOPIK |
| /s/ Christopher Viceconte | /s/ Eric D. Boyle |
| Christopher Viceconte (DE Bar #5568) | Eric D. Boyle (DE Bar #3577) |
| 1000 N. West Street, Suite 1200 | 300 Delaware Avenue, Suite 1340 |
| Wilmington, DE 19801-1058 | Wilmington, DE 19801 |
| Tel: (302) 295-4875 | Tel.: (410) 752-8700 |
| Fax: (302) 295-4876 | eboyle@fandpnet.com |
| cviceconte@gibbonslaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Money Concepts Capital Corp.* |
| Dated: November 22, 2011 | Dated: November 22, 2011 |

It is **SO ORDERED**.

Dated: _____, 2011

_____
Gregory M. Sleet
Chief United States District Judge