IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>ADVISORY GROUP EQUITY SERVICES, LTD., et al.,<br><br>Defendants. | Civil Action No. 11-475 GMS |

**STIPULATION AND PROPOSED ORDER REGARDING FORM OF PLAINTIFF'S ANSWERING BRIEFS IN OPPOSITION TO DEFENDANTS' PENDING MOTIONS IN LIEU OF ANSWERS**

WHEREAS, various defendants filed motions in lieu of Answers to the Complaint in this action on or about October 24, 2011 and various other defendants (each of which is listed in the signature blocks below, and all of which are collectively referred to herein as the "Moving Defendants") subsequently filed motions joining in one or more of the motions in lieu of Answers filed on October 24, 2011;

WHEREAS, all such pending motions in lieu of Answers ("Motions") currently pending before this Court total 13 in number;

WHEREAS, the Motions raise various common arguments against Plaintiff;

WHEREAS, each of the Moving Defendants are a party to a Stipulation and Proposed Order, each of which has been "So Ordered" by this Court, setting the due date for the Plaintiff's response to the Motions, including the Trustee's time to amend the Complaint as a matter of course in response to the Motions, pursuant to *Fed. R. Civ. P.* 15(a)(1)(B), as December 23, 2011;

WHEREAS, in the interests of efficiency and judicial economy, Plaintiff and the Moving Defendants have agreed that Plaintiff may file three (3) Answering Briefs in response to the Motions, organized by subject matter and addressing the common arguments raised by the Motions as follows:

(a) Rule 12(b)(6) failure to state a claim, Rule 9(b) failure to adequately plead, Rule 12(e) request for a more definite statement, and statute of limitations and statute of repose issues in response to the following motions:

- Cambridge Investment Research, Inc., Capital Financial Services, Inc., Ogilvie Security Advisors Corp. Motion to Dismiss or Alternatively for a More Definite Statement And Motion To Dismiss Plaintiff's Claims As Time Barred By Applicable Statutes of Limitation and Repose (D.I. # 57 Points II and III);

- Alliance Affiliated Equities Corp. Motion for a More Definite Statement (D.I. # 151)

- Capital Analysts Inc. Motion To Dismiss (D.I. # 152);

- Select Broker-Dealers' Motion To Dismiss the Complaint In Its Entirety With Prejudice For Failure To Sufficiently State Claims for Relief (D.I. ## 157, 158 & 159);

- American Portfolios, Capital Management Securities, LaSalle ST Securities, Omni Brokerage Inc. and Sanders Morris Harris Inc. Motion To Dismiss (D.I. ## 160 & 161 Point II);

- Motion and Joinder of Inlet Securities to Motions to Dismiss (D.I. # 168);

- Motion to Dismiss by Defendant Axiom Capital (D.I. # 180);

- Money Concepts Capital Corp. Motion to dismiss Plaintiff's Complaint for failure to state a claim (D.I. # 183 & 184 - Points II through VII); and

- Newbridge Securities' Joinder in Motion To Dismiss Complaint For Failure To State a Claim and Motion To Dismiss Plaintiff's Claims As Time Barred By Applicable Statutes of Limitation (D.I. # 189).

(b) Standing and subject matter jurisdiction issues in response to the following motions:

- Certain Defendants' Motion To Dismiss Complaint For Lack of Standing And Subject Matter Jurisdiction (D.I.. ## 153 & 154);

- Motion and Joinder of Inlet Securities to Motions to Dismiss (D.I. # 168);

- Axiom Capital's Motion to Dismiss for lack of subject matter jurisdiction (D.I. # 180);

- Money Concepts Capital Corp.'s Motion to dismiss Plaintiff's Complaint for lack of standing and subject matter jurisdiction (D.I. # 184 - Point I); and

- Newbridge Securities' Joinder in Motion To Dismiss Complaint For Lack of Standing and Subject Matter Jurisdiction (D.I. # 189); and

(c) Whether arbitration should be compelled in response to the following motions:

- Cambridge Investment Research, Inc., Capital Financial Services, Inc., Ogilvie Security Advisors Corp. Motion to Compel Arbitration (D.I. # 57 Point I);

- Capital Analysts Inc. Motion To Compel Arbitration (D.I. # 152);

- American Portfolios, Capital Management Securities, LaSalle ST Securities, Omni Brokerage Inc. and Sanders Morris Harris Inc. Motion To Compel Arbitration (D.I. ## 160 & 161 - Point I) ;

- Calton & Associates, Inc., J.W. Cole Financial, Inc., Merrimac Corporate Securities, Inc., and Resource Horizons Group, LLC's Motion To Compel Arbitration (D.I. ## 162 & 163);

- CFD Investments Motion To Compel Arbitration (D.I. ## 176, 177 & 178);

- Money Concepts Capital Corp. Motion to Compel Arbitration (D.I. ## 185 & 186); and,

- Newbridge Securities' Joinder in Motion to Compel Arbitration (D.I. # 189).

WHEREAS, to allow for a complete response to the Motions by Plaintiff, Plaintiff and the Moving Defendants have agreed that each of the three (3) Answering Briefs in response to the Motions to be filed by Plaintiff may be 30 pages in length, exclusive of any table of contents or table of citations;

NOW THEREFORE, it is hereby STIPULATED AND AGREED, subject to the approval of the Court, that:

1. Plaintiff may file three (3) Answering Briefs in response to the Motions, organized by subject matter and addressing the common arguments raised by the Motions as follows:

    (a) Rule 12(b)(6) failure to state a claim, Rule 9(b) failure to adequately plead, Rule 12(e) request for a more definite statement, and statute of limitations and statute of repose issues;

    (b) Standing and subject matter jurisdiction issues; and

    (c) Whether arbitration should be compelled.

2. Each of the three (3) Answering Briefs to be filed by Plaintiff in response to the Motions may be 30 pages in length, exclusive of any table of contents or table of citations.

Dated: December 21, 2011

Respectfully submitted,

**GIBBONS, P.C.**

By: */s/ Christopher Viceconte*
Christopher Viceconte (No. 5568)
1000 North West Street, Suite 1200
Wilmington, DE 19801-1058
Tel: (302) 295-4875
Fax: (302) 295-4876
cviceconte @gibbonslaw.com

***Counsel** for Plaintiff*

Respectfully submitted,

**RICHARDS, LAYTON & FINGER, PA**

By: */s/ Robert J. Stearn, Jr.*
Robert J. Stearn, Jr. (No. 2915)
Julie A. Finocchiaro (No. 5303)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
stearn@rlf.com
finocchiaro@rlf.com

-and-

**FAEGRE & BENSON LLP**
Terri L. Combs (*admitted pro hac vice*)
801 Grand Avenue, Suite 3100
Des Moines, IA 50309
Telephone: (515) 447-4707
Facsimile: (515) 228-9010
tcombs@faegre.com

***Counsel** for Questar Capital Corporation*

**SAUL EWING LLP**

By: */s/ Michael J. Farnan*
Lucian B. Murley (No. 4892)
Michael J. Farnan (No. 5165)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone: (302) 421-6898 / 6895
Facsimile: (302) 421-6813
lmurley@saul.com
mfarnan@saul.com

-and-

**LOCKE LORD LLP**
Martin W. Jaszczuk (Illinois Bar No. 6277720)
Alan M. Wolper (Illinois Bar No. 6305212)
Helen Din (Illinois Bar No. 6296239)
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0610 / 0401 / 0222
Facsimile: (312) 896-6610/ 6401/ 6222
mjaszczuk@lockelord.com
awolper@lockelord.com
hdin@lockelord.com

***Counsel** for Calton & Associates, Inc.; J.W. Cole Financial, Inc.; Merrimac Corporate Securities, Inc.; and Resource Horizons Group, LLC*

**ASHBY & GEDDES**

By: */s/ Tiffany Geyer Lydon*
Steven J. Balick (No. 2114)
Tiffany Geyer Lydon (No. 3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Christian T. Kemnitz
Brian J. Poronsky
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5611
Facsimile: (312) 577-4499
brian.poronsky@kattenlaw.com

***Counsel** for KMS Financial Services, Inc.; Regal Securities Inc.; Sanders Morris Harris, Inc., Omni*

*Brokerage, Inc; LaSalle Street Securities, Inc., and Regal Securities*

**FERRY, JOSEPH & PEARCE, P.A.**

By: */s/ Theodore J. Tacconelli*
Theodore J. Tacconelli (No. 2678)
824 North Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899-1351
Telephone (302) 575-1555
Facsimile (302) 575-1714
ttaconelli@ferryjoseph.com

***Counsel** for American Portfolios; and Equity Services, Inc.*

**FERRY, JOSEPH & PEARCE, P.A.**

By: */s/ Theodore J. Tacconelli*
Theodore J. Tacconelli (No. 2678)
824 North Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899-1351
Telephone (302) 575-1555
Facsimile (302) 575-1714
ttaconelli@ferryjoseph.com

-and-

**BIRGE & MINCKLEY, PC**
Carla B. Minckley
Thomas D. Birge
9055 East Mineral Circle, Suite 110
Centennial, CO 80112-3457
Telephone (303) 860-7100
cminckley@brigeminckley.com
tbirge@birgeminckley.com

***Counsel** for Intervest International Equities Corporation*

**WOMBLE CARLYLE SANDRIDGE & RICE**

By: */s/ Francis A. Monaco, Jr.*
Francis A. Monaco, Jr. (No. 2078)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone (302) 252-4340
Facsimile (302) 661-7730
fmonaco@wcsr.com

-and-

**FREDRIKSON & BYRON, P.A.**
Matthew T. Boos
Patrick D.J. Mahlberg
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone (612) 492-7000
Facsimile (612) 347-7077

***Counsel** for Capital Management Securities, Inc.*

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

By: */s/ Mark Degrosseilliers*
Mark Degrosseilliers (No. 4083)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone (302) 252-4359
Facsimile (302) 661-7703
mdesgrosseilliers@wcsr.com

-and-

**SARETSKY HART MICHAELS & GOULD PC**
Gary M. Saretsky (*admitted pro hac vice*)
Janine M. Lucas (*admitted pro hac vice*)
995 South Eton
Birmingham, Michigan 48009
Telephone (248) 502-3300
Facsimile (248) 502-3301
gsaretsky@saretsky.com
jlucas@saretsky.com

***Counsel** for Sigma Financial Corporation; and Sammons Securities Company, LLC*

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By: */s/ Armand J. Della Porta*
Armand J. Della Porta (No. 2861)
1220 North Market Street, 5th Floor
Wilmington, DE 19899-8888
Telephone (302) 552-4300
ajdellaporta@mdwcg.com

***Counsel** for Brecek & Young Advisors; Capital Financial Services; and Ogilvie Security Advisors*

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

By: */s/ Francis A. Monaco, Jr.*
Francis A. Monaco, Jr. (No. 2078)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone (302) 252-4340
Facsimile (302) 661-7730
fmonaco@wcsr.com

-and-

**ELSAESSER JARZABEK ANDERSON ELLIOT & MACDONALD, CHTD.**
Ford Elsaesser (*admitted pro hac vice*)
Cindy Elliot (*admitted pro hac vice*)
P.O. Box 1049
102 South Euclid Avenue, Suite 307
Sandpoint, ID 83864
Telephone (208) 263-8517
Facsimile (208) 263-0759
ford@ejame.com
cindy@ejame.com

***Counsel** for Advisory Group Equity Services, Ltd.; Askar Corp.; Burch & Co, Inc.; Capital Analysts Incorporated; Centaurus Financial Inc.; Fintegra, LLC; Mid Atlantic Capital Corp.; Nations Financial Group, Inc.; Partnervest Securities, Inc.; Partnervest Financial Group LLC; RP Capital LLC; and TransAm Securities, Inc.*

**COOLEY MANION JONES LLP**

By: */s/ Amaryah K. Bocchino*
Jason A. Cincilla (No. 4232)
Amaryah K. Bocchino (No. 4879)
1105 North Market Street, Suite 200
Wilmington, DE 19801
Telephone (302) 657-2100
Facsimile (302) 657-2104
jcincilla@cmjlaw.com
abocchino@cmjlaw.com

-and-

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
Fred N. Knopf, Esq.
Jessica Longobardi, Esq.
3 Gannett Drive
White Plains, NY 10604-3407
Sandpoint, ID 83864
Telephone (914) 323-7000
Facsimile (914) 323-7001
fred.knopf@wilsonelser.com
jessica.longobardi@wilsonelser.com

***Counsel** for NEXT Financial Group; and National Securities Corp.*

**BIFFERATO GENTILOTTI LLC**

By: */s/ Garvan F. McDaniel*
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 429-1900
Facsimile: (302) 429-8600
gmcdaniel@bglawde.com

***Counsel** for Dawson James Securities; and Newbridge Securities*

**MORRIS JAMES LLP**

By: */s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (No. 4159)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
jwaxman@morrisjames.com

-and-

**BROAD AND CASSEL**
Michael A. Shafir, Esq.
2 South Biscayne Boulevard, 21st Floor
Miami, Florida 33131
Telephone: (305) 373-9400
Facsimile: (305) 373-9443
mshafir@broadandcassel.com

***Counsel** for Inlet Securities LLC*

**MORRIS JAMES LLP**

By: */s/ P. Clarkson Collins, Jr.*
P. Clarkson Collins, Jr. (No. 739)
Jody Barillare (No. 5107)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
pcollins@morrisjames.com
jbarillare@morrisjames.com

***Counsel** for CFD Investments Inc.*

**BIFFERATO LLC**

By: */s/ Tom Driscoll III*
Kevin G. Collins (No. 5149)
Tom Driscoll III (#4703)
800 North King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 254-5392

Facsimile: (302) 254-5383
kcollins@bifferato.com
tdriscoll@bifferato.com

-and-

**WOLLMUTH MAHER & DEUTSCH LLP**
James N. Lawlor, Esq.
Fletcher W. Strong, Esq.
500 Fifth Avenue
New York, NY 10110
Tel: (212) 382-3300
Fax: (212) 382-0050

***Counsel*** *for Axiom Capital*

**FRANKLIN & PROKOPIK**

By: /s/ Eric D. Boyle
Eric D. Boyle (No. 3577)
300 Delaware Avenue, Suite 1340
Wilmington, DE 19801
Telephone: (302) 594-9780
Facsimile: (302) 594-9785
eboyle@fandpnet.com

-and-

**AKERMAN SENTERFITT, LLP**
Kathy M. Klock
Jonathan B. Butler
222 Lakeview Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 671-3672
Facsimile: (561) 659-6313
kathy.klock@akerman.com
jonathan.butler@akerman.com

***Counsel*** *for Money Concepts Capital Corp.*

**MCCARTER & ENGLISH, LLP**

By: /s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (No. 2936)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
wtaylor@mccarter.com

***Counsel** for Alliance Affiliated Equity Corp.*

It is **SO ORDERED**.

Dated: ______________, 2011

____________________________
Gregory M. Sleet
Chief United States District Judge