IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>ADVISORY GROUP EQUITY SERVICES, LTD, et al.,<br><br>Defendants. | C.A. No. 11-475-GMS |

## JOINDER OF DEFENDANT

NOW COMES, Notman Financial Group ("Notman"), by and through its undersigned counsel, and respectfully joins the following pleadings submitted by various Defendants seeking to compel arbitration:

- Motion to Compel Arbitration [D.I. 160];
- Opening Brief in Support of Motion to Compel Arbitration [D.I. 161]; and
- Reply Brief re: Motion to Compel Arbitration [D.I. 211].

Notman hereby incorporates the arguments, statements and reservation of rights set forth in the Responsive Pleadings as if fully set forth herein.

Further, Notman expressly reserves and preserves its right to supplement this joinder, including, but not limited to, presenting any additional arguments in connection with each of the Responsive Pleadings. Further, nothing herein may be construed to waive or otherwise impair any rights that Notman may have including any defenses in law or equity.

WHEREFORE, Notman prays for an Order dismissing all claims asserted against it or, in the alternative, to compel arbitration and granting Notman such further relief as is just and proper, including, but not limited to, its fees and costs.

**SAUL EWING LLP**

*/s/ Michael J. Farnan*
Lucian B. Murley (No. 4892)
Michael J. Farnan (No. 5165)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6898 / 6895
(302) 421-6813 (Fax)
Email: lmurley@saul.com
        mfarnan@saul.com

*Counsel for Notman Financial Group*

DATED: January 24, 2012