**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, | :<br>:<br>: |
| Plaintiff, | : C.A. No. 11-00475-GMS<br>:<br>: |
| v. | :<br>: |
| ADVISORY GROUP EQUITY SERVICES, LTD., *et al.*, | :<br>:<br>: |
| Defendants. | : |

**ALLIANCE AFFILIATED EQUITIES CORPORATION'S JOINDER IN MOTIONS TO
DISMISS AND TO COMPEL ARBITRATION
AND THE RESPECTIVE REPLIES IN SUPPORT THEREOF**

**COMES NOW**, Defendant Alliance Affiliated Equities Corporation ("Defendant" or "Alliance"), by and through undersigned counsel, and hereby submits this joinder to the following pleadings submitted by other similarly situated Defendants:

- Joint MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter Pursuant to Rule 12(B)(1) of the Federal Rules of Civil Procedure and for Lack of Standing [D.I. 153], Joint OPENING BRIEF [D.I. 154], and REPLY in support thereof [D.I. 209];

- MOTION to Dismiss for Failure to State a Claim Against the Broker Dealer Defendants [D.I. 157], OPENING BRIEF [D.I. 158], and REPLY in support thereof [D.I. 207]; or in the alternative

- MOTION to Compel Arbitration, or in the Alternative to Dismiss [D.I. 160], OPENING BRIEF [D.I. 161], and REPLY in support thereof [D.I. 211].

Alliance adopts and incorporates the arguments set forth in each of the above pleadings as if fully set forth herein. Furthermore, Alliance expressly reserves the right to supplement this

ME1 12876448v.1

joinder and notes that participation in these pleadings shall not be construed as waiver of any rights that Alliance may have in law or equity.

**McCarter & English, LLP**

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (DE# 2936)
Kate Roggio Buck (DE# 5140)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
*wtaylor@mccarter.com*

Attorneys for Defendant

Date: January 24, 2011

ME1 12876448v.1