# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, <br><br> Plaintiff, <br><br> v. <br><br> ADVISORY GROUP EQUITY SERVICES, LTD., et al., <br><br> Defendants. | Civil Action No. 11-475 GMS |

**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION TO FILE SUR-REPLY BRIEF IN FURTHER OPPOSITION TO CERTAIN DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR LACK OF STANDING AND SUBJECT MATTER JURISDICTION PURSUANT TO RULE 12(B)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

NOW, this ___ day of _____, 2012, upon consideration of the Plaintiff's Motion for Permission to File a Sur-Reply Brief in further opposition to Certain Defendants' Motion to Dismiss the Complaint for Lack of Standing and Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that the Plaintiff's Motion is granted, and Plaintiff's Sur-Reply Brief in Further Opposition to Certain Defendants' Motion to Dismiss the Complaint for Lack of Standing and Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure is accepted.

_____
Gregory M. Sleet
Chief United States District Judge