IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>ADVISORY GROUP EQUITY SERVICES, LTD.,<br><br>Defendants. | Civil Action No. 11-475 GMS |

**PLAINTIFF'S OPPOSITION TO JOINDER OF
DEFENDANT REGENT CAPITAL GROUP**

Plaintiff James R. Zazzali, as Trustee for the DBSI Private Actions Trust ("Plaintiff" or "Trustee"), by and through his undersigned counsel, respectfully submits this Opposition to the Joinder of Defendant Regent Capital Group ("Regent") [D.I. 246], filed and served on March 2, 2012.

1. As a threshold matter, Plaintiff objects to Regent's Joinder [D.I. 246] as untimely. Regent was served with the Summons and Complaint in this matter by registered mail, return receipt requested, pursuant to 10 Del. C. § 3104, on August 29, 2011, making September 20, 2011 the deadline for Regent's answer or other response to the Complaint. Regent's response deadline was not extended and it lapsed without an answer, motion or other response having been filed and served. Accordingly, on January 27, 2012, Plaintiff filed a request for entry of default against Regent [D.I. 226], which request was pending at the time of filing and service of Regent's Joinder on March 2, 2012, and remains pending as of the date of this filing.

2. In addition, and to the extent default is not entered against Regent pursuant to Plaintiff's request for the same [D.I. 226], Plaintiff refers to and incorporates by reference as if

1

fully set forth herein the arguments set forth in each of his submissions in opposition and/or with respect to the Responsive Pleadings (as defined in Regent's Joinder) in which Regent has joined, including, but not limited to, the following submissions ("Submissions") and any related filings:

- Plaintiff's Response to Joint Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter Pursuant to Rule 12(B)(1) of the Federal Rules of Civil Procedure and for Lack of Standing [194];

- Plaintiff's Answering Brief in Opposition to Joint Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter Pursuant to Rule 12(B)(1) of the Federal Rules of Civil Procedure and for Lack of Standing [D.I. 195];

- Plaintiff's Response to Motion to Dismiss for Failure to State a Claim Against the Broker Dealer Defendants Upon Which Relief Could Be Granted [D.I. 200];

- Plaintiff's Answering Brief in Opposition to Motion to Dismiss for Failure to State a Claim Against the Broker Dealer Defendants Upon Which Relief Could Be Granted [D.I. 201]; and

- Plaintiff's Motion for Leave to File Sur-Reply Brief in Further Opposition to Certain Defendants' Motion to Dismiss the Complaint [D.I. 234].

3. Plaintiff expressly reserves the preserves the right to supplement this Opposition, including, but not limited to, presenting any additional arguments in connection with each of Plaintiff's Submissions. Further, nothing herein may be construed to waive or otherwise impair any rights that Plaintiff may have as against Regent.

For all of the foregoing reasons, Plaintiff respectfully requests that the Joinder of Defendant Regent Capital Group, and all relief requested therein, be denied.

                                                    Respectfully submitted,

Dated: March 19, 2012                **GIBBONS, P.C.**

                                                      */s/ Christopher Viceconte*
                                                        Christopher Viceconte (No. 5568)
                                                        1000 North West Street, Suite 1200
                                                        Wilmington, DE 19801-1058
                                                        Telephone: (302) 295-4875
                                                        Facsimile: (302) 295-4876
                                                        cviceconte @gibbonslaw.com

                                                        Brian J. McMahon
                                                        Debra A. Clifford
                                                        James M. Lee
                                                        Gibbons P.C.
                                                        One Gateway Center
                                                        Newark, New Jersey 07102-5310
                                                        Telephone: (973) 596-4500
                                                        Facsimile: (973) 596-0545

                                                        *Counsel for Plaintiff*