IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DBSI, INC., et al.,<br>Debtors, | Chapter 11<br>Case No. 08-12687 (PJW)<br>Jointly Administered |
| JAMES R. ZAZZALI, et al.,<br><br>Appellants,<br><br>v.<br><br>WAVETRONIX LLC, et al.,<br><br>Appellees. | C.A. No. 12-cv-1211 (GMS)<br>Adv. Pro. No. 10-55963 (PJW) |
| In re:<br><br>DBSI, INC., et al.,<br>Debtors, | Chapter 11<br>Case No. 08-12687 (PJW)<br>Jointly Administered |
| WAVETRONIX LLC, et al.,<br><br>Appellants,<br><br>v.<br><br>CONRAD MYERS, as trustee of the DBSI Liquidating Trust,<br>Appellee. | C.A. Nos. 12-cv-1210 (GMS)<br>12-cv-1215 (GMS)<br>12-cv-1216 (GMS)<br>12-cv-1217 (GMS)<br>13-cv-0976 (GMS)<br><br>Adv. Pro. No. 10-55592 (PJW) |
| JAMES R. ZAZZALI,<br><br>Plaintiff,<br><br>v.<br><br>ADVISORY GROUP EQUITY SERVICES LTD., et al.,<br>Defendants. | C.A. No. 11-cv-475 (GMS) |

| | |
|---|---|
| JAMES R. ZAZZALI,<br><br>Plaintiff,<br><br>v.<br><br>DEWAAY FINANCIAL NETWORK LLC, et al.,<br><br>Defendants. | C.A. No. 11-cv-625 (GMS) |
| JAMES R. ZAZZALI,<br><br>Plaintiff,<br><br>v.<br><br>AFA FINANCIAL GROUP PARENT CORP., et al.,<br><br>Defendants. | C.A. No. 11-cv-744 (GMS) |
| JAMES R. ZAZZALI,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER PARTNERS LLC, et al.,<br><br>Defendants. | C.A. No. 12-cv-828 (GMS) |

**ORDER**

At Wilmington, this 25th day of September, 2014, consistent with the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED THAT:

1. The defendants' Motion for Withdrawal of Reference is GRANTED;[14]

2. The defendants' Motions to Transfer Venue to the District of Idaho are GRANTED;[15] and

[14] 12-cv-1210 (GMS) and 12-cv-1211 (GMS), D.I. 1 and 2.

3. Civil Action Nos. 12-cv-1210 (GMS), 12-cv-1211 (GMS), 12-cv-1215 (GMS), 12-cv-1216 (GMS), 12-cv-1217 (GMS), 13-cv-976 (GMS), 11-cv-475 (GMS), 11-cv-625 (GMS), 11-cv-744 (GMS) and 12-cv-828 (GMS), are transferred to the District of Idaho.

UNITED STATES DISTRICT JUDGE

[15] 12-cv-1210 (GMS), D.I. 4; 12-cv-1211 (GMS), D.I. 4; 12-cv-1215 (GMS), D.I. 22; and 13-cv-976 (GMS), D.I. 16.